In the Matter of the Accounting of HERBERT B. MYRON, as Executor of ELLEN DALY, Deceased, Appellant. JOHN M. TRAINOR, Respondent.

Argued November 16, 1939; decided November 30, 1939.

*John F. Wright* for appellant.

*Leyden E. Brown* for respondent.

Order affirmed, with costs, payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.